IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| ISAM COTTON | : | No. 22-471 |

## ORDER

AND NOW, this 3rd day of October, 2023, upon consideration of Isam Cotton's Motion to Withdraw Guilty Plea (Doc. No. 21) and the Government's Response in Opposition (Doc. No. 23), it is **ORDERED** that the Motion (Doc. No. 21) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1